# Exhibit A

*Defendant Copy*

DISTRICT COURT OF THE COUNTY OF NASSAU
FIRST DISTRICT, CIVIL PART

INDEX NO.: **CV-009830-15**

Jarrett R. Jenkins

SUMMONS
(without FORMAL PLEADINGS)

Plaintiff(s)

-against-

Plaintiff's Residence Address:
334 Locust Street, Apt. 1
West Hempstead, NY 11552-3044

Portfolio Recovery Associates, LLC

Defendant(s)

The basis of the venue designated is:
Transaction took place in
Nassau County

To the above named defendant(s):

YOU ARE HEREBY SUMMONED and required to appear in the District Court of the COUNTY OF NASSAU, First District, at the office of the Clerk of the said court at 99 Main Street, Hempstead, in the County of Nassau, State of New York, either (i) by serving and answer * within 20 days after service of this summons upon you, exclusive of the day of service, upon plaintiff at the address stated above or (ii) by appearing at the clerk's office within 20 days after service of this summons upon you exclusive of the day of service, by having the clerk of the court endorse your answer upon this summons; upon your failure to answer, judgment will be taken against you for the sum of $1, 500.00 with interest thereon from the 11ᵗʰ day of July 2011, together with the costs of this action.

Date: the 9ᵗʰ Day of July 2015

Pro Se Plaintiff

*You need not to physically go to court to serve an answer under option (i). However, you are required to file a copy of your answer together with proof of service with the clerk of the district in which the action is brought within ten days after service of the answer.

Statement of the nature and substance of plaintiff's cause of action: Breach of contract

ORDERED that formal pleadings be dispensed with pursuant to 22 NYCRR section 212.7(a), Nassau County District Court Rules.

Dated: July 9, 2015



SANDRA LEE
CLERK - CIVIL TERM